## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:16CR147** |
| vs. | | |
| DARLENE R. MCCAULEY, | | **ORDER** |
| Defendant. | | |

Defendant Darlene R. McCauley appeared before the court on December 6, 2018, on an Amended Petition for Warrant or Summons for Offender Under Supervision [83]. Defendant was represented by Assistant Federal Public Defender Karen M. Shanahan, and the government was represented by Assistant U.S. Attorney Lecia E. Wright. Defendant waived her right to a probable cause hearing on the Amended Petition pursuant to Fed. R. Crim. P. 32.1(b)(1)(A).

The government moved for detention. Through counsel, Defendant declined to present any evidence on the issue of detention and otherwise waived a detention hearing. Defendant has failed to meet her burden to establish by clear and convincing evidence that she will not flee or pose a danger to any other person or to the community. Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1).

I find that the Amended Petition [83] alleges probable cause and that Defendant should be held to answer for a final dispositional hearing before Judge Rossiter.

**IT IS ORDERED:**

1. The government's motion to dismiss the Petition for Warrant or Summons for Offender Under Supervision [61] is granted.

2. A final dispositional hearing will be held before District Judge Rossiter in Courtroom No. 4, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on January 17, 2019, at 9:00 a.m. Defendant must be present in person.

3. Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

4.     Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

5.     Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 6th day of December, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge